Richard P. Doyle, Jr.  (Cal. Bar No. 12459)
rdoyle@doylelow.com
Jaime B. Herren (Cal. Bar No. 271680)
jherren@doylelow.com
DOYLE LOW LLP
3640 Mt. Diablo Blvd., Suite 202
Lafayette, CA  94549
925.295.1805 telephone
925.298.5944 fax

Attorneys for Plaintiff
Viamedia Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Viamedia, Inc., a Pennsylvania corporation, <br><br>Plaintiff, <br><br>v. <br><br>Delivery Agent, Inc., dba The Band, a Delaware corporation, <br><br>Defendant. | Case No. <br><br>**COMPLAINT FOR DAMAGES FOR BREACH OF CONTRACT** <br><br>**AND** <br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Viamedia, Inc., for its **COMPLAINT FOR DAMAGES FOR BREACH OF CONTRACT** against Defendant Delivery Agent, Inc. *dba* The Band alleges as follows:

## PARTIES

1. Plaintiff Viamedia, Inc., (hereinafter "Viamedia") is a corporation organized and existing under the laws of the Commonwealth of Pennsylvania.  Viamedia maintains principal places of business at 60 East 42nd Street, Suite 1460, New York, New York 10165 and at 220

PAGE 1

**COMPLAINT FOR BREACH OF CONTRACT**

Lexington Green Circle, Suite 300, Lexington, Kentucky 405, and does business within this Judicial District.

2.  Defendant Delivery Agent, Inc. (hereafter "Delivery Agent") is a corporation, organized and existing under the laws of the State of Delaware that maintains a principal place of business at 300 California Street 3rd Floor San Francisco, California 94104 United States, and does business within this Judicial District.

## JURISDICTION AND VENUE

3.  This is an action for breach of contract arising under the statutory and common law of the State of California. This court has jurisdiction under 29 U.S.C. section 1332(a), in the parties of diverse citizenship and the amount in controversy exceeds $75,000. Plaintiff is a citizen of Pennsylvania for diversity purposes and Defendant is a citizen of Delaware for diversity purposes.

4.  Defendant Delivery Agent does business as, or has done business as, "The Band."

5.  Venue is proper in the United States District Court for the Northern District of California pursuant to 28 USC 1391 because the Defendant resides in this Judicial District and a substantial part of the events or omissions giving rise to the claims occurred in this Judicial District.

## INTRADISTRICT ASSIGNMENT

6.  Pursuant to Northern District Local Rule 3-2(c) and Northern District General Order 44(D)(3), venue for this Breach of Contract case is proper in San Francisco County as this is a civil action which arises in San Francisco County and in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated.

7.

## NATURE OF THIS LAWSUIT

8. Plaintiff Viamedia is an independent spot cable TV advertising representative providing full turn-key advertising solutions for cable TV, online and mobile.

9. Viamedia offers an assortment of advertising solutions including television advertising, cross media advertising and programmatic advertising. It sells spot cable advertising availabilities on behalf of U.S. cable and telecommunications service providers, utility companies and municipalities

10. Viamedia inserts, delivers and verifies nearly one million 15 and 30-second television spots each day.

11. Viamedia also provides advertising technical sales functions including research, traffic and billing, video encoding, and technical assistance and monitoring.

12. Defendant, Delivery Agent provides commerce solutions for media brands, operators, and advertisers worldwide. The company offers cloud based technology platform that allows viewers to engage with and transact directly from advertisements and television shows through Web, mobile, and advanced television applications.

13. Delivery Agent turns audiences into customers for the world's largest brands and media companies. Delivery Agent's ShopTV technology allows audiences to engage with and transact directly from advertisements and television shows through web, mobile, and advanced television applications. Delivery Agent is currently in market with leading broadcasters, advertisers, MVPDs, smart TV and streaming device manufacturers, such as NBC, FOX, CBS, HBO, Live Nation, Bravado, Pepsi, Visa, Comcast, and Samsung, among others.

14. Delivery Agent's investors include Intel Capital, Liberty Global, Bessemer Venture Partners, Samsung Venture Investment Corporation, and Live Nation.

15. In May, 2015, Delivery Agent announced that it had acquired The Band, an interactive media agency which was developing advanced media campaigns across the full spectrum of TV platforms, including cable, satellite and telco.

16. Delivery Agent's founder and CEO, Mike Fitzsimmons, explained the strategy behind the acquisition of The Band will be that clients can deploy television campaigns that allow their audiences to transact and make impulse purchases tied directly to the content they are viewing in real time on the television.

17. The Band, prior to its acquisition by Delivery Agent, originally started placing advertising contracts with Viamedia as far back as 2008 and paid their invoices consistently at 45 days.

18. In June 2015, with its acquisition by Delivery Agent, the Agreement, at issue, was entered into by the parties. See Exhibit A, hereto.

**COUNT I—BREACH OF CONTRACT AGAINST DELVERY AGENT**

19. For Count I of its Complaint, Viamedia incorporates each allegation set forth above and further states:

20. On or about June 5, 2015, Viamedia and Delivery Agent entered into a written Agreement entitled "Credit Application" under which Viamedia sold spot cable advertising availabilities on behalf of U.S. cable and telecommunications service providers and others to Delivery Agent such that Delivery Agent would have access to consumers (watching cable) to engage with and transact directly from advertisements and television shows. A copy of said Agreement, is attached hereto as Exhibit A and made a part of hereof.

21. The Agreement included a page of "binding Terms and Conditions" and the signature line for Delivery Agent was at the bottom of that page and it was signed by Jody Adams Trujillo, Controller of Delivery Agent.

22. The Agreement states the Legal Entity entering into the Agreement was Delivery Agent and that it was doing business as The Band.

23. As part of the Agreement, Delivery Agent was to pay Viamedia for placing advertising on Viamedia's spot cable advertising inventory.

24. In September of 2015, Delivery Agent, dba, The Band significantly increased its monthly spend with Viamedia. This is first reflected in the November, 2015 invoice of $117,547.

25. Viamedia invoiced Delivery Agent the following amounts on monthly basis:

- December, 2015: $124,596
- January, 2016: $244,332
- February, 2016: $197,355
- March, 2016: $86,225

26. Despite repeated demands for payments by Viamedia, Delivery Agent has not made payments to Viamedia of sums due and owing Viamedia under the Agreement.

27. Delivery Agent has breached the Agreement with Viamedia by failing and refusing to pay the monies owed Viamedia under the Agreement for the cable advertising times provided by Viamedia.

28. The amount due Viamedia exceeds $600,000.00.

29. Delivery Agent has converted these sums due Viamedia and wrongfully used those funds for its own purposes.

30. There is an attorney's fees provision in the Agreement thereby entitling Viamedia to its attorney's fees and related litigation costs.

**WHEREFORE**, Plaintiff prays and requests:

1. Judgment against Defendant Delivery Agent for all sums due under the Agreement, plus prejudgment interest, post-judgment interest, attorney's fees, for its costs and expenses incurred herein and for such other and further relief as the Court deems just and equitable.

2. Such other relief as the Court deems proper.

Dated:   August 30, 2016                              Respectfully submitted,

                                                      DOYLE LOW LLP


                                                      */s/ Richard P. Doyle, Jr.*
                                                      Richard P. Doyle, Jr.


**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, the Plaintiff hereby demands a trial by jury.

Dated:   August 30, 2016                              Respectfully submitted,

                                                      DOYLE LOW LLP


                                                      */s/ Richard P. Doyle, Jr.*
                                                      Richard P. Doyle, Jr.